FILED
BRIAN S. DANIEL

AUG 31 2020
15:55
CIRCUIT CLERK
CLARK COUNTY, ARKANSAS

## IN THE CIRCUIT COURT OF CLARK COUNTY, ARKANSAS
### CIVIL DIVISION

**MESHA LEEPER, BETTY BARTON**                                 **PLAINTIFFS**
**and CECILY YOUNG,** *individually*
*and o/b/o a class of similarly situated persons*

     **vs.**                                 **CASE NO. 10 CV-20-|/|**

**ALTICE USA, INC. d/b/a**
***Suddenlink Communications***                                 **DEFENDANT**

---

### CLASS ACTION COMPLAINT

---

COMES NOW, the Plaintiffs, and for their Complaint hereby state the following:

#### Parties and Jurisdiction

1.     The Plaintiffs are adult residents of Clark County, Arkansas who have services with Suddenlink. The acts alleged in this Complaint occurred in Clark County, Arkansas and this court has jurisdiction over the parties and subject matter of this dispute.

2.     Altice USA, Inc. ("Altice") is a communications and media company which is not registered to do business in Arkansas.

3.     According to Altice, it is one of the largest broadband communications and video services providers in the United States, delivering broadband, pay television, telephony services, proprietary content and advertising services to approximately 4.9 million Residential and Business customers across 21 states through its Optimum and Suddenlink brands. For purposes of this pleading, the Defendant shall be referred to as "Suddenlink."

4.     Altice does business as Suddenlink.  Suddenlink provides television cable, internet and telephone services in Arkansas.

5.      Suddenlink advertises in Arkansas and solicits business, *inter alia*, through mail, internet and email advertising. According to mail advertisements, Suddenlink is a subsidiary of Altice USA, Inc. and Altice is located at 1 Court Square West, Long Island, New York, 11101.

### Factual Allegations

6.      According to Altice: The Suddenlink residential suite of services, available in the south, midwest and western parts of the United States, provides an end-to-end connected home experience through high-speed internet, digital TV and voice services plus advanced home security. With broadband speeds of up to 1 gigabit, Suddenlink is the fastest broadband provider in each city it serves.

7.      According to Altice, customer service is a cornerstone of its business and it provides technical service to our customers 24 hours a day, seven days a week. It also claims that it utilizes a customer portal to enable customers to manage their bill online, obtain service information and perform troubleshooting procedures with systems which allow customer care centers to be accessed and managed remotely in the event that systems functionality is temporarily lost so that customers may resume service with limited disruption.

8.      Among other things, Suddenlink advertises that it provides "fast and reliable internet" for as low as $35.00 per month.  Some of Suddenlink's charges are advertised as the "Price for Life" and it promises a "fast, secure and reliable experience."

9.      Suddenlink provides its customers with various equipment (such as cable boxes, modems, *etc.*) which is often used or refurbished.  Suddenlink then charges its customers for this equipment.

10.     In venues where Suddenlink has various franchise rights, customers often have little or no alternative sources for the services which are offered by the Defendant.

11.    Microsoft's CEO recently opined that internet access should be considered a "fundamental right."[1] The Governor of Arkansas has declared that Internet access is "a critical component to the success and longevity of our state's economy.[2] And, the Arkansas Attorney General has concluded that "internet is vital to securing [the state's] economic recovery, strengthening our educational system, improving health care, and expanding employment opportunities."[3]

12.    Reliable access to internet is a vital link in today's society. The absence of telecommunications service in a home puts its occupants at a tremendous disadvantage in today's society. Parents cannot be reached when urgent situations arise at school. Job seekers cannot offer prospective employers a quick and convenient means of communication. People in immediate need of emergency services cannot contact police departments, fire departments, or medical providers. In short, telephone service provides a vital link between individuals and society as a whole. Much like telephone service a generation ago, broadband has evolved into the essential communications medium of the digital economy,[] continuing to transform the landscape of America even more rapidly and pervasively than earlier infrastructure networks.[4]

---

[1]    "Microsoft CEO: Broadband internet access is a 'fundamental right.' "Duffy, Claire, CNN Business, July 15, 2020.

[2]    Governor Asa Hutchinson, https://governor.arkansas.gov/news-media/press-releases/governor-hutchinson-releases-arkansas-state-broadband-plan-goal/, May 15, 2019.

[3]    "Need for Speed," Arkansas Democrat-Gazette, August 15, 2020.

[4]    *See* Fed. Communications Comm'n. Federal-State Joint Bd. on Universal Service: Promoting Deployment & Subscribership in Unserved & Underserved Areas, Including Tribal & Insular Areas. C.C. No. 96-45. F.C.C. No. 99-204. at ¶ 2 (Sept. 3. 1999). *See also* 47 U.S.C. § 254(b)(2). See also Fed. Communications Comm'n. Lifeline and Link Up Reform and Modernization, Telecommunications Carriers Eligible for Universal Services Support. Connect America Fund, Third Report and Order. Further Report and Order, and Order on

13.    Internet access is crucial to business and education, especially when millions of citizens are working from home during a pandemic.

14.    On March 13, 2020, the President of the United States declared a national emergency as a result of the Covid-19 pandemic. On March 11, 2020, the Governor of Arkansas issued Executive Order 20-03 which declared a state of emergency as a result of the Covid-19 outbreak. The Governor extended that Order on May 5, 2020. Executive Order 20-05. The acts alleged in this Complaint occurred during these federal and state emergency declarations.

15.    Many Arkansans are working from home and have children who require internet service for online education.

16.    Some customers receive electronic bills from Suddenlink. These bills do not provide any itemized breakdown of Suddenlink's charges. Suddenlink charges an extra $1.00 to customers who receive paper bills by mail. This is reflected on the customer's bill as "Convenience Fee."

17.    Suddenlink bills, and its customers pay, the cost for services a month in advance.

18.    Since the date when the federal government declared a national emergency, Suddenlink customers in various parts of the United States, including in Arkansas, have expressed frustration with Suddenlink's service problems, high bills and lack of adequate customer service.

19.    In just the last two months, customers throughout Suddenlink's service areas have lodged complaints about Suddenlink's service problems, price increases and lack of customer service. **Exhibit 2**. In one Arkansas city, Suddenlink customers report cost increases of 14.4% despite declining services since the current declaration of emergency. **Exhibit 3**.

---

Reconsideration,81 Fed. Reg. 33,025 (May 24, 2016) (hereinafter 2016 Lifeline Modernization Order).

20.    The Plaintiffs have had consistent service problems and have experienced service internet outages but have never received a credit to their accounts for the days and hours when they were without service. In other words, Suddenlink consistently bills the Plaintiffs for services even when Suddenlink is not providing those services.

21.    The Plaintiffs have been unable to obtain any satisfactory information from Suddenlink about the drastic increase in their monthly bill amounts or about the various rates and fees which have appeared on their monthly bills.

22.    The Plaintiffs' inability to contact anyone at Suddenlink appears to be on par among Arkansas customers who experience service and billing problems. **Exhibit 1.**

23.    Complaints against Suddenlink routinely include reports that customers are unable to talk to anyone at Suddenlink about service or billing concerns or questions.

24.    Prior to 2020, Suddenlink operated several retail offices in various cities around Arkansas. Recently, Suddenlink closed all but one of these offices.  At present, Suddenlink's only physical office location in Arkansas is in Jonesboro.

25.    Some customers, after making multiple calls to Suddenlink, have been advised that they need to travel to the Jonesboro office to personally speak to a representative.

26.    Over 11,000 people have made complaints to the Better Business Bureau about Suddenlink in the last three years.

27.    Hundreds of Arkansans have made consumer complaints about Suddenlink to the Arkansas Attorney General's office in the last year.  Many of these complaints include claims of price gouging because of Suddenlink's price increases since March 11, 2020.

28.    Each Plaintiff is a current Suddenlink customer who has had television and internet service prior to the declaration of emergency.

29.     None of the Plaintiffs have ever signed or received any written agreements with Suddenlink.

30.     None of the Plaintiffs have requested any changes in their plans or services since March, 2020.

31.     Since the emergency declaration, each Plaintiff's monthly bills have increased over $70.00 a month.

32.     Mesha Leeper has television and internet service with Sudenlink. In early 2020, Leeper's monthly bill was around $127.00 a month. In June, 2020, her bill was over $400.00.

33.     Betty Barton's monthly bill for television and internet services went from approximately $176 a month in April, 2020 to a current bill of $364.88.

34.     Cecily Young has had consistent service problems with her Suddenlink television and internet service in 2020. In addition to these problems, Young's monthly bills rose from around $130.00 to $200.00 since March, 2020.

35.     Each of the Plaintiffs have attempted to contact Suddenlink to inquire about these price increases. Suddenlink has failed to provide the Plaintiffs with any reasonable explanation for the recent increase in their monthly bills. On one instance, Plaintiff Barton was on the phone with Suddenlink for over an hour. On several instances, Plaintiff Young's calls to Suddenlink's customer-service number were never answered.

36.     Despite the pandemic currently affecting the country and the economy, Altice, USA's revenue has increased in 2020. The Defendant's broadband revenue for the three months ending on June 30, 2020 increased by 14% over the revenue from the same period in 2019. The Defendant's broadband revenue is derived principally through monthly charges to residential subscribers, like the Plaintiffs and the putative Class.

37.    In a July 30, 2020, Altice USA, Inc. Earnings Call, its CEO Dexter G. Goei noted

the dramatic increase in customers and the essential nature of their services during the COVID-

19 Pandemic:

> We saw record demand for our broadband services and achieved the best ever
> quarterly subscriber results with 70,000 broadband net additions . . . [w]e also
> delivered the best ever quarterly customer net additions of 53,000 . . . [w]e saw
> increased sales in customer engagement in education, health care and government
> verticals . . . [f]or example, school districts and universities are expanding on their
> telecom platforms to prepare for more online learning . . . in the health care space,
> we have seen a large number of customers from clinics and private practices to
> hospitals, all preparing for more telemedicine doctor visits.

38.    According to USA Today, in 2018, Altice USA's CEO received $53.6 million in

compensation and the company's revenue was $9.3 billion.[5]

<h3 style="text-align:center">Count 1</h3>

<h3 style="text-align:center">Violation of A.C.A. § 4-88-301, <em>et seq.</em></h3>

39.    Plaintiffs reallege the foregoing paragraphs as if set forth herein, word for word.

40.    Internet, television and telephone service are essential consumer services,

especially during a pandemic while persons are subject to stay-at-home orders and are working

and pursuing educational requirements from home. These services are also the only means by

which many persons can obtain crucial news and information about public safety matters.

41.    Since the declarations of state and federal emergencies affecting residents of

Clark County, Arkansas, Suddenlink has drastically increased its normal cost for services.

42.    Each of the Plaintiffs who have had Suddenlink services since March 11, 2020

have experienced drastic increases in the charges imposed by the Defendant. The Defendant has

charged these Plaintiffs rates which have increased well over ten percent.

---

[5]    https://www.usatoday.com/story/money/2018/12/21/highest-paid-ceos-2018/38756663/

43.     Suddenlink's price increases constitute price gouging as prohibited by A.C.A. § 4-88-301, *et seq.*

44.     The Plaintiffs, and the members of the putative Class, have been damaged by the Defendant's decision to increase the costs of its services during the pandemic.

45.     The Plaintiffs are entitled to judgment for their actual damages, reasonable attorney's fees and costs of litigation in an amount less than that required for federal diversity of citizenship jurisdiction.

## Count 2

### Violations of the Arkansas Deceptive Trade Practices Act.

46.     Plaintiffs reallege the foregoing paragraphs as if set forth herein, word for word. Violations of A.C.A. § 4-88-301, *et seq.* are *per se* violations of the Arkansas DTPA.

47.     The Plaintiffs and the putative Class are entitled to judgment for their actual damages and judgment for their reasonable attorneys fees and costs of litigation.

## Count 3

### Unjust Enrichment

48.     Plaintiffs reallege the foregoing paragraphs as if set forth herein, word for word.

49.     The Defendant has drastically raised its prices since March, 2020 without providing any different (or better) services to its customers.

50.     The Plaintiffs, and the putative Class, must pay the Defendant's charges or face losing their internet, television and/or cable television services.

51.     The Defendant has been unjustly enriched by inflating its costs of services since March, 2020.

52.     The Plaintiffs and the putative Class have suffered damages as a result of the Defendant's conduct.

53.     The Plaintiffs and putative Class members object to these dramatic prices increases and have protested (or have attempted to contact someone at Suddenlink to protest) these unexplained price increases.

54.     The Defendant should disgorge the unjust enrichment it has received at the hands of the Plaintiffs and the putative Class.

55.     The Plaintiffs and the putative Class who have paid these increased prices for services during the Class period are entitled to damages in the form of a refund.

56.     The Plaintiffs and the putative Class are entitled to judgment for their actual damages and reasonable attorneys fees and costs of litigation.

## CLASS ACTION ALLEGATIONS

57.     The Plaintiff hereby realleges and incorporates the foregoing Paragraphs, as if set forth herein, word for word.

### A. TYPICALITY

58.     The Plaintiff's claims described herein are typical of the transactions between the Defendant and its other customers.

59.     The Defendant's practices of increasing service costs are uniform and consistent.

### B. COMMONALITY

60.     The Plaintiffs' claims raise issues of fact or law which are common to the members of the putative class. These common questions include, but are not limited to the following:

> (a)  Whether the Defendant has increased the costs of the services it
> has provided to Class members since March, 2020;

    (b)  Whether the Defendant's price increases since March, 2020 violate § 4-88-301, *et seq*;

    (c)  Whether the Defendant has been unjustly enriched by increasing its charges for services;

    (d)  Whether the Defendant's systematic cost increases are reasonable during a state-declared time of emergency;

    (e)  Whether Defendant's systematic cost increases are reasonable during a federally-declared time of emergency;

    (f)  Whether the Defendant's cost increases are unreasonable; and

    (g)  Whether the Defendant's uniform practices violate Arkansas law.

61.    These issues are common among all putative class members and predominate over any issues affecting individual members of the putative class.

## C. NUMEROSITY

62.    The Defendant supplies services to thousands of persons throughout Arkansas.

63.    Hundreds of Arkansas consumers have complained about and objected to the Defendants' price increases.

64.    The members of the Class are so numerous that joinder of all members is impracticable.

## D. SUPERIORITY

65.    The individual claims of putative class members are relatively small. Each class member's individual claim for relief is considerably less than that required for federal diversity of citizenship jurisdiction.

66.    A class action is superior to other available methods of relief for the fair and efficient adjudication of the claims raised herein.

67.    In the absence of class-action relief, the putative class members would be forced to prosecute hundreds or thousands of similar claims in different jurisdictions and venues. The prosecution of these claims as a class action will promote judicial economy. The claims raised herein are well-suited for class action relief.

68.    If the Defendants' price increases were unlawfully charged to the Plaintiffs, then they were unlawfully charged to the members of the putative class.

69.    Resolving the legal claims raised by the Defendants' uniform and consistent practices is appropriate under Rule 23. This would benefit both the putative class and the Defendants through a single resolution of similar or identical questions of law or fact.

### E. ADEQUACY

70.    The Plaintiffs are interested in the outcome of this litigation and understand the importance of adequately representing the class.

71.    The Plaintiffs will fairly and adequately protect the interests of the class sought to be certified in this case.

72.    Class counsel are experienced in class-action and complex consumer litigation and are qualified to adequately represent the class.

73.    This case satisfied the requirements of Rule 23 of the Arkansas Rules of Civil Procedure and should be certified as a class action.

74.    This case satisfies the requirements of Rule 23 of the Arkansas Rules of Civil Procedure and should be certified as a class action on behalf of all Arkansas residents whose Suddenlink charges have been increased by more than 10% since March, 2020.

### Jury Demand

75.    Plaintiffs reserve the right to amend this Complaint as allowed by the Arkansas Rules of Civil Procedure and hereby demand a trial by jury.

WHEREFORE, Plaintiffs pray that they be granted the relief requested herein, that this case be certified as a class action, that they be granted judgment for their damages and for reasonable attorneys fees and costs, and for any and all other just and proper relief to which they may be entitled.

DATE: August 31, 2020                          Respectfully Submitted,

Todd Turner (AR# 92266)
**TURNER & TURNER, P.A.**
501 Crittenden Street
P.O. Box 480
Arkadelphia, AR 71923
Telephone: (870) 246-9844
Telecopier: (888) 866-9897

Thomas P. Thrash (AR #80147)
Will Crowder (AR #03138)
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, AR 72201
(501) 374-1058—Telephone
tomthrash@thrashlawfirmpa.com
willcrowder@thrashlawfirmpa.com

# Arkansas customers fed up with Suddenlink overcharges, customer service

by Marine Glisovic
Monday, February 10th 2020

LITTLE ROCK (KATV) — A cable and internet service provider in Arkansas seems to be failing its customers.

Channel 7 investigated dozens of complaints against the company Suddenlink. Suddenlink, which is transitioning to a company named Altice USA, appears to be one of the worst providers of cable and internet based on the number of complaints to the Seven On Your Side office. From failed equipment and interrupted service to inaccurate billing statements, Arkansans have submitted dozens of complaints about the company and reported it to the Arkansas Attorney General's Office.

"I have spent hours and hours when I didn't even feel like it trying to straighten this out and I don't know what to do with it," said Ruth Mackinnon, a former Suddenlink customer.

Mackinnon showed KATV a bill for $540. She said that's what Suddenlink tried charging her for about a month of service.

Mackinnon has documented her interactions with Suddenlink. She said three technicians installed her cable, phone and internet services in October. Just a few days later, another technician was needed.

"I said I would like to have at least my TV working, but I don't even have that working," she said. "And he went in there and did whatever and he got it to working."

Mackinnon said her TV worked but her phone and internet didn't. Despite dozens of phone calls for help, her bills continued to pile up for services she wasn't receiving.

"They got me another line. I have never had but one telephone line," said Mackinnon. "They charged me for two telephone lines and it's not even connected up."

Mackinnon is just one of hundreds of customers to complain about Suddenlink. Through a Freedom of Information Act request, KATV obtained dozens of complaints filed with the state attorney general's office.

"I was overcharged for internet and phone service for eight months," one customer wrote. "I was charged for TV I did not order or use for eight months."

**EXHIBIT**

_1_

Another wrote: "Service drops out and stays out for hours. I have contacted numerous times, they have sent numerous techs out to repair."

One business owner said in a complaint: "As of today, over a week, our local customers still cannot call our phone number and reach us. We have asked them repeatedly to resolve this, to no avail."

Even the Arkansas Department of Human Services complained on behalf of an impaired adult. That person returned their equipment in August but continued to be billed through October.

The City of Jonesboro attempted to take matters into their hands and met with Suddenlink officials. In a letter written by city officials and obtained by KATV, the company blamed their issues on the Altice USA takeover and convergence problems with software.

Suddenlink said in a written statement that it aims to "provide our Arkansas customers with the best connectivity experience possible."

"While we recently upgraded our billing systems, which temporarily caused longer wait times for some customers, our service levels have normalized and we remain committed to delivering reliable service and support to Arkansas residents," the statement says, in part.

One day after Seven On Your Side contacted Suddenlink for the above statement, Mackinnon provided an update.

"Oh, you're not going to believe this ... Suddenlink just called me about five minutes ago ... they cleared all of my bill away," she said. "I don't owe them a penny."

While it worked out for Mackinnon, dozens of others are left without answers.

KATV attempted to find out who's holding this company accountable. The Arkansas Secretary of State holds the franchise agreement with Suddenlink but the office is only responsible for companies registering to operate in Arkansas.

A spokeswoman with the state attorney general's office said they will mediate complaints and open investigations when there is some indication that a business has engaged in practices that violate the Arkansas Deceptive Practices Act or other consumer protection laws within their scope of authority.

The office also said they have tried to resolve some of these issues between Suddenlink and its customers through an informal mediation process. In some cases, it led to refunds or other assistance to consumers.

Two cities are actively attempting to resolve issues. Cabot City Attorney Ben Hooper said they plan to have a meeting with Suddenlink and discuss complaints.

City of Jonesboro spokesman Bill Campbell said that after many calls from residents, the mayor met with company representatives.

A town hall-style meeting will take place between customers and Suddenlink on February 27th at St. Bernard's Auditorium, 505 E Washington Ave, Jonesboro.

Channel 7 reached out to the Federal Communications Commission but did not receive a response.

## **EXHIBIT 2**

In just the last two months, customers throughout Suddenlink's service areas have lodged complaints about Suddenlink's service problems, price increases and lack of customer service.

- Suddenlink customers in the Heber Springs, Arkansas area report advise officials of problems with Suddenlink service. *Pools and masks at Heber council*, The Sun Times, July 22, 2020. (https://www.thesuntimes.com/news/local/pool-and-masks-at-heber-council/article_4626e756-2b1b-5ce6-a9d6-ac47a3f85939.html)

- Local officials in Alexandria, Louisiana claim Suddenlink has closed office, fails to handle customer complaints and "is taking advantage of customers. *Suddenlink spokesperson "couldn't make it" to Alexandria City Council Meeting,* KALB News, *August 18, 2020 (*https://www.kalb.com/2020/08/18/alexandria-city-council-meets-to-discuss-suddenlink-issues/)

- Customers complain after attempts to contact Suddenlink about widespread outages in Lake Havasu City, Arizona went unanswered. *Internet outages part of ongoing Suddenlink service concerns*, Today's News-Herald, August 17, 2020 (https://www.havasunews.com/news/internet-outages-part-of-ongoing-suddenlink-service-concerns/article_adeda620-e11b-11ea-8522-3febf6bf8600.html)

- Officials in Pikeville, Kentucky claim that Suddenlink had been "failing to provide the services for which customers were paying, forcing long wait times on customers when they seek assistance for repairs or other issues, not providing proper refunds or credit for service interruptions and failing to provide proper documentation for finances and insurance." *Suddenlink found in violation of franchise*, Appalachian News-Express, July 31, 2020. (https://www.news-expresssky.com/news/article_6406b10c-d304-11ea-8541-5f329d81fae0.html#:~:text=During%20the%20Pikeville%20City%20Commission,franchise%20agreement%20with%20the%20city.)

- Suddenlink customers in Geauga County, Ohio "say years-long cable and internet interruptions are only getting worse." *Suddenlink customers in Geauga County ask 19 News for help with ongoing service issues*, 19News, July 27, 2020. (https://www.cleveland19.com/2020/07/27/suddenlink-customers-geauga-county-ask-news-help-with-ongoing-service-issues/)

- Missouri Attorney General receives 62 complaints about Suddenlink in the first half of 2020. *On your side: Customer in Taney County sues Suddenlink*, KY3, July 23, 2020 (https://www.ky3.com/2020/07/24/on-your-side-customer-in-taney-county-sues-suddenlink/#:~:text=A%20man%20in%20Taney%20County,know%20what%20they're%20doing.)



- The residents of San Angelo, Texas have had so many problems with Suddenlink that city officials lodged complaints with the Federal Communications Commission in July, 2020. **Exhibit 2-A.** A city survey of almost 9,000 Suddenlink customers revealed that 67 percent had bad service and were dissatisfied with Suddenlink's internet, television and phone service, customer service and service costs. **Exhibit 2-B.**

- In New York state, local officials claimed that Altice violated state law and Public Service Commission orders by failing to have enough personnel and equipment to restore service to customers. After officials asked Altice for information, "the company waited 10 hours to respond and then did not provide specifics." Customers who contacted customer service "were 'waiting on hold for hours, sometimes only to be disconnected and have to begin the process over again.' " *Officials fault utilities for Isias Response*, The Highlands Current, August 28, 2020. https://highlandscurrent.org/2020/08/28/officials-fault-utilities-for-isaias-response/

- In Connecticut, Altice USA denied ownership of downed wire which leads to confusion and a closed road. *Frustration, Confusion and Closed Road all due to 1 downed wire*, The Fairfield Patch, August 28, 2020. https://patch.com/connecticut/fairfield/frustration-confusion-closed-road-all-due-1-downed-wire

- West Virginia residents complain about poor service and higher charges. *Putnam County residents voice Suddenlink internet concerns*, WSAZ News, August 28, 2020. https://www.wsaz.com/2020/08/28/putnam-county-residents-voice-suddenlink-internet-concerns/

- Suddenlink customers' "complaints about service interruptions and outages have a long history. *Our View: Suddenlink earns an 'F' for its internet service as students, others pay*, Today's News-Herald, August 21, 2020 (https://www.havasunews.com/opinion/our-view-suddenlink-earns-an-f-for-its-internet-service-as-students-others-pay/article_79e154e2-e37f-11ea-8fb9-df80a4d1dcb4.html

- El Dorado News-Times, August 13, 2020, Letters to the Editor: "To the Editor: I am wondering if anyone else is having trouble with Suddenlink. Since last Monday, I haven't had a phone or television. If you get anybody it's in "ten buck two" and you can't even understand them. It takes at least thirty (30) minutes or more to get anybody I have to get someone to call for me since I don't have a cell phone. Thank you for listening. Martha Pennington El Dorado P.S. I did go to the office but their office was closed."



The City of

# San Angelo

**72 West College Avenue, San Angelo, TX 76903**

July 21, 2020

Federal Communications Commission
Consumer & Governmental Affairs Bureau
Consumer Inquiries and Complaints Division
445 12th Street, SW
Washington, D.C. 20554.

RE: Letter of Complaint  - Suddenlink/Altice

Dear Commission,
I wish to express my gratitude to the Commission for providing a channel to allow telecommunications customers the opportunity to address issues of service, specifically the failure, or lack of effort, of telecommunications companies to resolve complaints.

The Mayor, city council members and city staff constantly receive complaints from citizens, both verbally and by email.  The complaints range from dropped internet service, spotty phone service, extremely long call wait times, overpriced services/hidden fees, and long lobby wait times (when visiting the local facility).  I am sending this letter as the cover letter for the attached letter(s) from citizens of San Angelo.  Each individual letter expresses concerns specific to that particular citizen as it pertains to the service that he/she receives from Suddenlink/Altice.

On November 1, 2019, my executive team and I met with Suddenlink's team, to include Vice President Jacob Lopez, Sr. Director of Government Affairs Brad Ayers and Senior Director of Operations Monica Kincer to express our serious concern with their service levels.  They explained that their company had gone through transitional changes while combining different telecommunications entities into one, Altice.  I asked for a plan for service improvements to include the metrics used.  They were unable (or unwilling) to provide the requested information, but assured us that service would improve within weeks of our meeting.  They also asked us to contact Senior Director of Operations Monica Kincer if we had any complaints; she would work toward resolution.  Regardless, the complaints continued.

In a recent follow up meeting held on May 12, 2020, Mr. Brad Ayers informed us that Ms. Monica Kincer had been laid off and that VP Jacob Lopez had left Altice to join a different telecommunications company.  We reached out to the new VP Mike Horton from Flagstaff, AZ who is now absorbing our service area along with his; Altice will not be rehiring the vacated position.  Mr. Horton emailed the City his contact information and asked that we send complaints received by the City (Mayor and City Council Members) directly to him.  However, considering our current and prior experience with Suddenlink/Altice, I have little to no confidence that services will improve.

I am asking for your assistance with this serious concern.  Altice is the largest internet provider in San Angelo and currently the only option for many of our citizens.  Any help you can provide is greatly appreciated.

Respectfully,

Daniel Valenzuela, MBA
City Manager

**EXHIBIT**

2A

City of San Angelo Suddenlink Survey results as of August 5







EXHIBIT 2 B



*CITY OF*
*JONESBORO*

RECEIVED

MAY 2 6 2020

ATTORNEY GENERAL
OF ARKANSAS

May 19, 2020

Mr. Shawn Johnson
Senior Assistant Attorney General
Office of the Attorney General Leslie Rutledge
323 Center Street
Suite 200
Little Rock, AR 72201

**Re:    Ongoing Suddenlink Issues**

Dear Mr. Johnson,

This letter is to follow up on our discussion about the issues we are having in the City of Jonesboro with Suddenlink. After several attempts to contact Suddenlink, we held an in person meeting with several members of management, including Brad Ayers, the Senior Director of Governmental Affairs, on November 7, 2019. In this meeting, we discussed the hundreds of complaints the city has received about Suddenlink. The concerns range from poor customer service, decrease in channels and services provided, increased fees, improper billing, extremely long waits for repairs, etc.

At this meeting, the Suddenlink representatives agreed to hold a town hall meeting with the citizens of Jonesboro in order to hear the issues first hand from the customers, and to formulate a plan to resolve these issues. It took almost four months from the date of our meeting to get this accomplished and a town hall meeting was held on February 27, 2020. It was a packed house. The complaints were all the same issues we had heard previously including concerns about an increase in cost of 14.4%, while service and benefit to the customer continues to decline.

The City of Jonesboro has attempted to resolve these issues with Suddenlink for over nine months, to no avail. We have seen no improvement since the town hall meeting was held, in fact the issues continue to worsen. Our concerns are with the frustrations of our citizens, and they are communicating that they are at the breaking point with this company. In addition, the City has expended countless hours communicating with Suddenlink and our citizens about Suddenlink issues over the past year, with no results to show for these efforts.

**EXHIBIT**

3

May 19, 2020
Page 2

We understand that we have no actual control over this franchise, as it is now a franchise held with the State of Arkansas. We do not believe we are alone in our issues with this company. We are asking for your assistance to take any appropriate action against this company and to provide relief to not only to the citizens of Jonesboro, but to those of the State of Arkansas.

We thank you in advance for your consideration.

Sincerely,

Harold Perrin
Mayor

HP/clg

Enclosures