IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MESHA LEEPER, BETTY BARTON and
CECILY YOUNG, individually and o/b/o a
class of similarly situated persons                                        PLAINTIFFS

v.                              Case No. 6:20-cv-06119

ALTICE USA, INC., d/b/a SUDDENLINK
COMMUNICATIONS                                                              DEFENDANT

## ORDER

On December 14, 2022, the Honorable Robert T. Dawson, United States Senior Judge for the Western District of Arkansas, issued an order staying this case pending the "development and potential resolution of the issue of arbitrability in parallel state-court." [1] ECF No. 38, p. 2. He denied without prejudice Defendant's previously pending motions to Compel Arbitration (ECF No. 7) and to Dismiss (ECF No. 9), as well as Plaintiffs' Motion to Certify (ECF No. 27). ECF No. 38, p. 2-3. Judge Dawson directed the parties "to file a joint status report if and when any decision on the issue of arbitrability is made by an Arkansas appellate court," remarking that the Court "will decide at that time whether to continue the stay to allow for further proceedings or to lift the stay." ECF No. 38, p. 2. On July 5, 2023, the parties filed a joint status report regarding the Arkansas Court of Appeals final orders on the issue of arbitrability. ECF. No. 40. Thus, the Court finds the matter ripe for consideration.

On March 1, 2023, the Arkansas Court of Appeals issued decisions in five pending appeals regarding the enforceability of the arbitration in Defendant Altice USA, Inc.'s ("Suddenlink") Residential Services Agreement ("RSA"). *Altice USA, Inc. v. Johnson*, 2023 Ark. App. 120, 661 S.W.3d 707; *Altice USA, Inc. v. Peterson*, 2023 Ark. App. 116, 661 S.W.3d 699; *Altice USA, Inc.*

---

[1] On January 4, 2023, this case was reassigned to the undersigned Judge.

*v. Francis*, 2023 Ark. App. 17, 2023 WL 2290719; *Altice USA, Inc. v. Campbell*, 2023 Ark. App. 123, 661 S.W.3d 720; *Altice USA, Inc. v. Runyan*, 2023 Ark. App. 124, 662 S.W.3d 247. In those cases, the Arkansas Court of Appeals reversed the trial court's denial of Suddenlink's motion to compel arbitration and enforced the arbitration provision in Suddenlink's RSA. *See id.*; *see, e.g.*, *Johnson*, 661 S.W.3d at 17-18 ("The circuit court erred when it denied Suddenlink's motion to compel arbitration. Johnson's payment of the invoices that she received from Suddenlink, which directed her to the RSA available on Suddenlink's website, manifested her assent to its terms, and the arbitration provision otherwise appears in writing on Suddenlink's website and is supported by mutuality of obligation."). The Plaintiffs in each of the five cases sought review from the Supreme Court of Arkansas, and on June 22, 2023, the Supreme Court of Arkansas denied their petitions. Thus, the Arkansas Court of Appeals' orders are now final, and mandates have been issued.

Upon review of the aforementioned cases and the parties' Joint Status Report (ECF. No. 40), the Court finds that the stay should be and hereby is **LIFTED**. The Court will first consider the issue of arbitrability and then move to other issues if necessary. If Defendant intends to refile its motion to compel arbitration, it must do so by September 7, 2023.

**IT IS SO ORDERED**, this 22nd day of August, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge